BENJAMIN B. WAGNER
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX,
Social Security Administration
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| KARYN RENEE ELLIOTT,<br><br>    Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-00312-AC<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO EXTEND TIME** |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time by 30 days, to September 2, 2015, for Defendant to file her Opposition to Plaintiff's Opening Brief, according to the Court's Scheduling Order ("Order").  Defendant respectfully requests this extension to enable additional time to accommodate Defendant's counsel's vacation and to allow Defendant's counsel to attend an out of town conference.

/////

/////

/////

Extend Stip; 2:15-cv-00312-AC                    -1-

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: <u>July 30, 2015</u>                Law Offices of Lawrence D. Rohlfing

By:   <u>/s/ *Brian C. Shapiro**</u>
      BRIAN C. SHAPIRO
      *By email authorization

      Attorney for Plaintiff

Date: <u>July 30, 2015</u>                BENJAMIN B. WAGNER
                                          United States Attorney
                                          DEBORAH STACHEL
                                          Acting Regional Chief Counsel, Region IX,
                                          Social Security Administration

By:   <u>/s/ Paul Sachelari</u>
      PAUL SACHELARI
      Special Assistant United States Attorney
      Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: August 3, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Extend Stip; 2:15-cv-00312-AC                -2-